OPINION — AG — ** DEFINITION — COMMON CARRIER — WRECKER ** (1) WHETHER THE OWNER OF A WRECKER OR TOW-IN (TOW IN) SERVICE IS A " COMMON CARRIER " AS CONTEMPLATED BY A GENERAL STATUTES IS A QUESTION OF FACT. (2) THE OWNER OF A WRECKER OR TOW-IN IS 'NOT' ENTITLED TO THE FUEL SURCHARGE AUTHORIZED IN 47 O.S. 228.3 [47-228.3] OR IRREGULAR ROUTE MOTOR CARRIERS. (MOTOR VEHICLES, WRECKS, COLLISIONS, COMPENSATION) CITE: 13 O.S. 4 [13-4], 47 O.S. 161 [47-161], 47 O.S. 161 [47-161](K), 47 O.S. 161 [47-161](G), 47 O.S. 952 [47-952] [47-952], 47 O.S. 228.3 [47-228.3], 47 O.S. 953 [47-953] [47-953](A) (FLOYD W. TAYLOR)